UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. **ODEL TAITT**     MAG.. NO.:  **12-5011 (TJB)**

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

1. **ODEL TAITT: DOB: 10-19-1979** (hereinafter the "Detainee") is now confined at the HUNTERDON COUNTY JAIL.

2. The Detainee is charged in this District by: ( ) Indictment ( ) Information (X) Complaint with a violation of Title 18, United States Code, Section 2113(a) and 2..

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the CLARKSON S. FISHER FEDERAL COURTHOUSE, 402 EAST STATE STREET, TRENTON, NEW JERSEY, before the Hon. Tonianne J. Bongiovanni, U.S.M.J., on **February 6, 2012 at 10:30 a.m**, for INITIAL APPEARANCE in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 31, 2012

NELSON S.T. THAYER, JR.
Attorney-in-Charge

Petitioner

RECEIVED
JAN 31 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## ORDER

Let the Writ Issue.

DATED: 1/31/12

                                                              _____
                                                              Hon. Tonianne J. Bongiovanni, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the HUNTERDON COUNTY JAIL.

WE COMMAND YOU that you have the body of

**ODEL TAITT**

now confined at the HUNTERDON COUNTY JAIL, brought before the United States District Court, the Hon. Tonianne L. Bongiovanni, U.S. MAGISTRATE JUDGE, CLARKSON S. FISHER FEDERAL BUILDING and U.S. COURTHOUSE, TRENTON, NJ 08608 on **FEBRUARY 6, 2012 at 10:30 a.m.**, for INITIAL APPEARANCE in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

           WITNESS the Honorable Tonianne J. Bongiovanni
           United States Magistrate Judge
           Trenton, New Jersey.

DATED: 1/31/2012                     WILLIAM T. WALSH
                                                     Clerk of the U.S. District Court
                                                     for the District of New Jersey

                                                     Per: _Jamelia Campbell_
                                                              Deputy Clerk